# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1601.  SCHOLASTIC BOOK CLUBS, INC. v. LYNETTE T. RILEY, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE GEORGIA DEPARTMENT OF REVENUE.**

On March 1, 2018, this Court granted Scholastic Book Clubs, Inc.'s application for discretionary appeal of the superior court's order affirming the decision of the Georgia Tax Tribunal.  See *Scholastic Book Clubs, Inc. v. Lynette T. Riley, in her Official Capacity as Commissioner of the Georgia Department of Revenue*, Case No. A18D0320 (decided March 1, 2018).  The order directed that the appellant file a notice of appeal within 10 days of the date of the order.  Scholastic, however, did not file a notice of appeal until March 13, 2018, twelve days after the entry of the order.

OCGA § 5-6-35 (g) imposes a mandatory obligation on an appellant to file a notice of appeal within 10 days of the granting of a discretionary appeal.  See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law.").  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court, and the burden is upon the appellant to file a timely notice of appeal.  *Moncrief v. Tara Apts., Ltd.*, 162 Ga. App. 695, 695 (293 SE2d 352) (1982).  Scholastic's failure to comply with this requirement deprives us of jurisdiction over his appeal.  See *Barnes v. Justis*, 223 Ga. App. 671, 671 (478 SE2d 402) (1996) (dismissing a discretionary appeal for failure to file a timely notice of appeal as required by OCGA § 5-6-35 (g)).  Accordingly, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/01/2018_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*